1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
4  CEDINA M. KIM
   Assistant United States Attorney
5  Senior Litigation Counsel, Civil Division
6  PAUL SACHELARI, CSBN 230082
   Special Assistant United States Attorney
7
        Social Security Administration
8       160 Spear St., Suite 800
        San Francisco, CA  94105
9       Telephone:  (415) 977-8933
        Facsimile: (415) 744-0134
10      Email:  paul.sachelari@ssa.gov
11
12 Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| MARQUERITE H. GOSCHIN, | No. 2:18-cv-01093-PA-MRW |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further

///

proceedings consistent with the Stipulation of Remand.

DATED: _July 5, 2018_ _____

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE